SPENCER SECRETARIAL SCHOOL, INC., Respondent, v. SOPHIE HOHL, Appellant.

Supreme Court, Appellate Term, First Department, June 3, 1943.

*Levy, Murphy & Stolz* for appellant.

*Saul I. Radin* for respondent.

MEMORANDUM *Per Curiam.* The demand for a jury was served within the time prescribed by section 118 of the New York City Municipal Court Code (L. 1915, ch. 279).

Order reversed, with ten dollars costs, and cause restored to the jury calendar.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.